UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUIZ MURATALLA-LUA,

        Plaintiff,

v.

PELICAN BAY STATE PRISON et al,

        Defendant.
_____/

Case Number: CV07-05088 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luiz Muratalla-Lua
J-06678/ B-2-PSU-220
Pelican Bay State Prison
PO Box 7000
Crescent City, CA 95531-7000

Prison Trust Account Office
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

Court's Financial Office

Dated: November 15, 2007

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk