UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUIZ MURATALLA-LUA,

        Plaintiff,

v.

PELICAN BAY STATE PRISON et al,

        Defendant.

Case Number: CV07-05088 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luiz Muratalla-Lua
J-06678/ B-2-PSU-220
Pelican Bay State Prison
PO Box 7000&#096;
Crescent City, CA 95531-7000

Attorney General's Office
450 Golden Gate Ave
San Francisco, CA 94102

Dated: January 17, 2008

        Richard W. Wieking, Clerk
        By: D. Toland, Deputy Clerk