EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN, State Bar No. 219400
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
  Fax: (415) 703-5843
  Email: Emily.Brinkman@doj.ca.gov
Attorneys for Defendants Labans and Freeman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS MURATALLA-LUA,<br><br>                                  Plaintiff,<br><br>         v.<br><br>Correctional Officer LABANS and Correctional Officer FREEMEN,<br><br>                                  Defendants. | C 07-5088 WHA<br><br>**DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, N. Grannis, declare as follows:

   1.   I am employed as the Chief of Inmate Appeals by the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of each of the matters set forth below and if called as a witness would and could competently testify thereto. I submit this Declaration in support of Defendants' Motion to Dismiss and Motion for Summary Judgment.

   2.   I am responsible for the oversight of the CDCR Inmate Appeals Branch. In that capacity, I have obtained personal knowledge of the inmate appeals process and departmental rules and regulations.

   3.   In the regular course of its business and administrative practices, the Inmate Appeals

Decl. Grannis Supp. Mot. Dismiss                                                        *Muratella-Lua v. Laban, et al.*
                                                                                                    C 07-5088 WHA

1  Branch keeps an electronic record of each inmate appeal that has proceeded through the final
2  level of review, the Director's Level. When an appeal is received by the Inmate Appeals Branch
3  and is accepted for review, it is given an appeal number and logged into the system. The
4  following information is kept in the electronic record: appeal log number, the category
5  (nature/subject) of the appeal, institutional log numbers, inmate's name and CDCR number,
6  institution from which the appeal arises, the date that the appeal is received and closed, and final
7  disposition of the appeal. The system was commenced in 1993.

8      4. I am familiar with various sections of title 15 of the California Code of Regulations
9  that govern an inmate's appeal. For instance, section 3084.5 describes the levels of appeals that
10 are available to an inmate. In order to exhaust available administrative remedies within the
11 inmate appeals system, an inmate must proceed through several levels of review: (1) informal
12 review, (2) first formal written appeal on a CDC 602 inmate appeal form, (3) second formal level
13 appeal to the institution head or designee, and (4) third formal level appeal to the Director of the
14 California Department of Corrections and Rehabilitation. Specifically, section 3084.5(e)(2)
15 provides that "[t]hird level review constitutes the director's decision on an appeal, and shall be
16 conducted by a designated representative of the director under supervision of the chief, inmate
17 appeals."

18     5. Section 3084.3(c) describes the grounds for rejecting an inmate appeal. The Inmate
19 Appeals Branch may reject an appeal if the appeal is incomplete or necessary supporting
20 documents are not attached. Cal. Code Regs. tit. 15, § 3084.3(c)(5). When an appeal is rejected
21 based on improper documentation, it is returned to the inmate with clear instructions regarding
22 further action the inmate must take to qualify the appeal for processing. *Id.* at § 3084.3(d). An
23 appeal that has been screened out does not constitute a final decision by the Director, and
24 therefore an inmate must take further action to exhaust administrative remedies. In the regular
25 course of its business and administrative practices, the Inmate Appeals Branch keeps an
26 electronic record of each inmate appeal that has been screened-out. The system of maintaining
27 spread-sheets on screened-out appeals commenced in 2000.

28     6. A search of the Inmate Appeals Branch's computer records was conducted for

Decl. Grannis Supp. Mot. Dismiss                                                    *Muratella-Lua v. Laban, et al.*
                                                                                       C 07-5088 WHA

references to Plaintiff Luiz Muratalla-Lua (Plaintiff) using his name and inmate number J06678. References to Plaintiff were located and a computer printout of those results was generated. The computer printout comprises each and every appeal to the Director's Level of review which was filed by Plaintiff and accepted for review from 1993 to February 21, 2008. The printout also comprises each and every appeal filed by Plaintiff that has been screened-out at the Director's Level from 2000 to February 21, 2008. A complete and accurate copy of the printout is attached hereto as Exhibit A.

7. Attached as Exhibit B is a true and correct copy of the Director's Level Appeal Decision of inmate appeal number PBSP-P-07-01057 completed on October 4, 2007.

8. Attached as Exhibit C is a true and correct copy of the Director's Level Appeal Decision of inmate appeal number PBSP-P-07-01362 completed on December 24, 2007.

9. The printout reveals that the Inmate Appeals Branch received inmate appeal PBSP-P-07-01432 on November 1, 2007, which was screened-out due to missing documentation on December 5, 2007. The Inmate Appeals Branch has never received a complete submission of inmate appeal PBSP-P-07-01432 for review at the Director's Level.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on March 21, 2008.

N. Grannis
Chief, Inmate Appeals Branch