# EXHIBIT A

Inmate Appeals Branch                                                                                02/21/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

**Appellant Appeal History**

**CDCR Number: J06678**

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| J06678 | MURATALLA-LUA, LUIZ | PBSP | 12/14/1999 | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0214410 | CASE INFO/RECORDS | Prior to subcategory | 06/19/2003 | PBSP-03-00557 | 09/15/2003 | 09/12/2003 | DENIED |
| 0301997 | DISCIPLINARY | Prior to subcategory | 08/21/2003 | PBSP-03-01502 | 11/18/2003 | 10/14/2003 | DENIED |
| 0700338 | FUNDS | Trust Account Holds | 10/31/2007 | PBSP-07-00447 | 01/30/2008 | 01/15/2008 | DENIED |
| 0701370 | STAFF COMPLAINTS | Other | 07/11/2007 | PBSP-07-01057 | 10/04/2007 | 10/04/2007 | DENIED |
| 0710028 | STAFF COMPLAINTS | Staff Issued Falsfd State | 10/03/2007 | PBSP-07-01362 | 01/02/2008 | 12/24/2007 | DENIED |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0214410 | CASE INFO/RECORDS | Prior to subcategory | 04/11/2003 | PBSP-03-00557 | 04/11/2003 | | MISSING DOCUMENTATION |
| 0214410 | CASE INFO/RECORDS | Prior to subcategory | 05/27/2003 | PBSP-03-00557 | 05/27/2003 | | MISSING DOCUMENTATION |
| 0700338 | FUNDS | Trust Account Holds | 06/29/2007 | PBSP-07-00447 | 07/30/2007 | | MISSING DOCUMENTATION |
| 0700338 | FUNDS | Trust Account Holds | 08/23/2007 | PBSP-07-00447 | 09/28/2007 | 10/26/2007 | MISSING DOCUMENTATION |
| 0712421 | DISCIPLINARY | | 11/01/2007 | PBSP-07-01432 | 12/05/2007 | | MISSING DOCUMENTATION |
| 5038598 | STAFF COMPLAINTS | Prior to subcategory | 06/18/2007 | PBSP-07-01057 | 06/18/2007 | | MISSING DOCUMENTATION |

Page: 1