1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  EMILY L. BRINKMAN, State Bar No. 219400
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5742
     Fax: (415) 703-5843
8    Email: Emily.Brinkman@doj.ca.gov
   Attorneys for Defendant Labans and Freeman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS MURATALLA-LUA,<br><br>                    Plaintiff,<br><br>   v.<br><br>Correctional Officer LABANS and Correctional Officer FREEMEN,<br><br>                    Defendants. | C 07-5088 WHA<br><br>**DECLARATION OF CHRIS E. WILBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Chris E. Wilber, declare as follows:

   1.   I am employed by the California Department of Corrections and Rehabilitation (CDCR) and have been so employed for approximately fourteen years. Currently, I serve as the Inmate Appeals Coordinator at Pelican Bay State Prison (Pelican Bay). I have served in this capacity since October 2006. Prior to working in this capacity I worked as a Correctional Officer, Sergeant, Lieutenant, Correctional Counselor I, and Correctional Counselor II.

   2.   I have personal knowledge of each of the matters set forth below and if called as a witness would and could so competently testify. I submit this Declaration in support of Defendants' Motion to Dismiss.

Decl. Wilber Supp. Mot. Dismiss                                                                  *Muratella-Lua v. Laban, et al.*
                                                                                                                 C 07-5088 WHA

1

1  3. As the Inmate Appeals Coordinator at Pelican Bay, my job consists of processing
2  inmate grievances and maintaining the documents in the inmate appeal file. As part of my job I
3  maintain a computer database of inmate appeals submitted at Pelican Bay to the First and Second
4  Level of Review. Attached as Exhibit A is a true and correct copy of the computer printout for
5  all First and Second Level appeals submitted by inmate Luiz Muratalla-Lua (Plaintiff), inmate
6  number J06678, between 2002 through the present. These documents are maintained in the
7  regular course of business.
8  4. The documents and entries in the documents pertaining to an inmate are prepared at or
9  near the time of their occurrence by persons with knowledge of the circumstances or events.
10 5. The documents attached as Exhibit B are true and correct copies of inmate appeal
11 (CDCR Form 602) number PBSP-P-07-01057 and related documents photocopied from the
12 Central File of Plaintiff.
13 6. The documents attached as Exhibit C are true and correct copies of inmate appeal
14 (CDCR Form 602) number PBSP-P-07-01362 and related documents photocopied from the
15 Central File of Plaintiff.
16 7. The documents attached as Exhibit D are true and correct copies of inmate appeal
17 (CDCR Form 602) number PBSP-P-07-01432 and related documents photocopies from the
18 Central File of Plaintiff.
19 I declare under penalty of perjury that the foregoing is true and correct. Executed at
20 Crescent City, California, on March 18, 2008.

Chris E. Wilber
Inmate Appeals Coordinator

Decl. Wilber Supp. Mot. Dismiss

*Muratalla-Lua v. Laban, et al*
C 07-5088 WHA