# EXHIBIT A

Pelican Bay State Prison                                                                 02/22/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| J06678 | MURATALLA-LUA, L | MAILROOM | MAIL | PBSP-B- | |
| J06678 | MURATALLA-LUA, L | B-BLD 6 | TRANSFER | PBSP-B-02-00961 | |
| | Informal Review: Received: 03/20/2002 Due: | | Completed: 03/19/2002 Disposition: GRANTED IN PART | | |
| | Level I Review: Received: 03/20/2002 Due: 06/04/2002 | | Completed: 05/08/2002 Disposition: DENIED | | |
| J06678 | MURATALLA-LUA, L | FACILITY B | LIVING CONDITIONS | PBSP-B- | |
| J06678 | MURATALLA-LUA, L | AD SEG | CASE INFO./RECORDS | PBSP-S-03-00557 | |
| | Level II Review: Received: 02/14/2003 Due: 04/09/2003 | | Completed: 03/27/2003 Disposition: DENIED | | |
| | Level III Review: | | Completed: 09/12/2003 Disposition: DENIED | | |
| J06678 | MURATALLA-LUA, L | C-SHU 1 | DISCIPLINARY | PBSP-C-03-01502 | |
| | Level II Review: Received: 05/28/2003 Due: 07/23/2003 | | Completed: 07/29/2003 Disposition: DENIED | | |
| | Level III Review: | | Completed: 10/14/2003 Disposition: DENIED | | |
| J06678 | MURATALLA-LUA, L | PSU | STAFF COMPLAINTS | PBSP-P-04-02948 | |
| | Level I Review: Received: 11/24/2004 Due: 01/07/2005 | | Completed: 01/04/2005 Disposition: GRANTED IN PART | | |
| J06678 | MURATALLA-LUA, L | PSU | STAFF COMPLAINTS | PBSP-P- | |
| J06678 | MURATALLA-LUA, L | PSU | STAFF COMPLAINTS | PBSP-P- | |
| J06678 | MURATALLA-LUA, L | PSU | FUNDS | PBSP-P- | |
| J06678 | MURATALLA-LUA, L | PSU | FUNDS | PBSP-P- | |
| J06678 | MURATALLA-LUA, L | B-BLD 2 | FUNDS | PBSP-P-07-00447 | |
| | Level I Review: Received: 02/26/2007 Due: 04/13/2007 | | Completed: 04/17/2007 Disposition: DENIED | | |
| | Level II Review: Received: 05/01/2007 Due: 05/30/2007 | | Completed: 06/04/2007 Disposition: GRANTED IN PART | | |
| | Level III Review: | | Completed: 01/15/2008 Disposition: DENIED | | |
| J06678 | MURATALLA-LUA, L | B-BLD 2 | STAFF COMPLAINTS | PBSP-P-07-01057 | |
| | Level II Review: Received: 05/08/2007 Due: 06/20/2007 | | Completed: 06/08/2007 Disposition: DENIED | | |

Page: 1

Pelican Bay State Prison                                                                                        02/22/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|
| **Level III Review:** | | | | Completed: 10/04/2007 | Disposition: DENIED | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | STAFF COMPLAINTS | PBSP-P- | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | DISCIPLINARY | PBSP-P-07-01432 | |
| **Level II Review:** | | Received: 06/28/2007 | Due: 08/10/2007 | Completed: 08/13/2007 | Disposition: DENIED | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | STAFF COMPLAINTS | PBSP-P-07-01362 | |
| **Level I Review:** | | Received: 06/18/2007 | Due: 07/31/2007 | Completed: 07/25/2007 | Disposition: DENIED | |
| **Level II Review:** | | Received: 08/15/2007 | Due: 09/13/2007 | Completed: 09/11/2007 | Disposition: DENIED | |
| **Level III Review:** | | | | Completed: 12/24/2007 | Disposition: DENIED | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | CASE INFO./RECORDS | PBSP-P- | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | OTHER | PBSP-P- | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | STAFF COMPLAINTS | PBSP-P-07-02686 | |
| **Level I Review:** | | Received: 12/04/2007 | Due: 01/17/2008 | Completed: 12/27/2007 | Disposition: GRANTED IN PART | |
| **Level II Review:** | | Received: 01/10/2008 | Due: 02/08/2008 | Completed: 01/28/2008 | Disposition: GRANTED IN PART | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | PROPERTY | PBSP-P-07-02684 | |
| **Level I Review:** | | Received: 12/03/2007 | Due: 01/16/2008 | Completed: 12/21/2007 | Disposition: GRANTED | |
| J06678 | MURATALLA-LUA, L | | B-BLD 2 | STAFF COMPLAINTS | PBSP-P-08-00375 | |
| **Level I Review:** | | Received: 02/08/2008 | Due: 03/25/2008 | Completed: | Disposition: | |

Total: 20

Page: 2