# EXHIBIT C

STATE OF CALIFORNIA                                                                                                                        DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

*[Handwritten annotations at top:] LEGAL DOCUMENTS / TEEN COMPLAINT / LIABILITY DAMAGE / APPEAL CODE* *[Right side:] C/O SEAMONS / Allegator OF / Category 7/4 / PROVIDING FALSE TESTIMONY*

Location: Institution/Parole Region — *IMSP*  Log No. 1. **P07-01362**  Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MURATALLA LUIS LUA | J-06678 |  | B-2-232 |

**A. Describe Problem:** EL MES 6-5-07 ME YESO A MIS MANOS ESTE CDC 128-B 3LANDO DEL INSIDENTE DEL 4-19-07, ASE (2) MESES ATRAS, POR LO TANTO SE PUEDE MIRAR PERFECTAMENTE QUE C/O D. SEAMONS, Y C/O EVANS, SE PUSIERON DE ACUERDO, Y ESTAN MINTIENDO Y TOMANDO "REPRISALS" "EN CONTRA MIA". Y ESO ME ESTA "AFECTANDO EMOSIONAL" Y MENTALMENTE" Y SICOLOGICAMENTE, Y ME ESTAN ASIENDO MUCHO DAÑO EN MI MENTE, TODOS ESOS FAISAS ACCSATORIOS, ESE CDC 128-B NO SIRVE PORQUE YA ASE (2) MESES QUE PASO, PORQUE NO DITO NADA EN EL PRIMER MES?

If you need more space, attach one additional sheet.

**B. Action Requested:** PIDO QUE AL C/O D. SEAMONS SE LE AGA UN POLYGRAPH, Y ASI TODOS SEPAN QUE C/O D. SEAMONS ESTA MINTIENDO, PIDO QUE EL CDC 128-B QUITEN DE MI RECORD. PIDO QUE AL C/O D. SEAMONS LO REPRIMANED POR FALSE REPORTS Filed by Peace Officer C/O D. SEAMON, Penal Code 118.1, Penal Cod. 129.

Inmate/Parolee Signature: *Muratalla Luis Lua*                              Date Submitted: 6-10-07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: [BYPASS stamp]

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

[BYPASS stamp]

Signature: _____                                                                                                                                                     Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim                                                                            CDC Appeal Number:

JUN 11 2007     JUN 11 2007     JUN 18 2007
TO TRANSLATOR     TO CDW     1ST/ALO-HCO

First Level   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __6-18-07__   Due Date: __7-31-07__

Interviewed by: __See Attached A & B__

_____

_____

_____

_____

Staff Signature: _G. Gower_   Title: _SC_   Date Completed: __7-12-07__

Division Head Approved
Signature: _____   Title: _AW_   Returned Date to Inmate: __8-6-07__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____

☐ See Attached Letter.

Signature: _____   Date Completed: _____
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

APPEAL STAFF TRANSLATION

Inmate Name: <u>MURATALLA, Luis</u>                              CDC No.: <u>J-06678</u>

A.  <u>Describe Problem:</u>  On June 5, 2007, I received a CDC 128B regarding an incident that occurred two months ago (4/19/07). Therefore, it's perfectly clear that Correctional Officer Seamons and Correctional Officer Labans got together and are lying, "a reprisal against me." This is affecting me emotionally, mentally, my psychology, and it is damaging my mind. All those false accusations. The CDC 128B is no good, because it has been two months since it happened. Why wasn't anything said on the first month?

B.  <u>Action Requested:</u>  1. I want you to conduct a polygraph test on Officer Seamon so that everyone will know that he is lying. 2. Take the CDC 128B out of my records. 3. Reprimand Officer Seamon for filing a false report (Reports filed by a Peace Officer (Officer Seamon) Penal Code 118.1, Penal Code 129.

Inmate/Parolee: Luis Muratalla                                   Date: 6/10/2007

Signature of Translator: _____

NAME and NUMBER    MURATALLA    J-06678    B2-231L    CDC-128-B (Rev. 4/74)

[TA FECHA ES FALSA]

[On 5-24-07,] at approximately 0800 hours, while I was assigned as B2-Search and Escort Officer, I became aware of a fact finder concerning inmate Muratalla, J-06678, B2-231L, and his conduct on 4-19-07. On 4-19-07 while I was conducting law library escorts to and from the "D" SHU Facility I obseved inmate Muratalla, who was being escorted to PSU, by Correctional Officer Labans, thrusting his legs forward with each step intentionally, fully extending the leg irons, taunt against his ankles, in an attempt to cause injury to himself. I observed Correctional Officer Labans order Muratalla numerous times, "to stop jerking the leg irons". Muratalla failed to comply. I told Correctional Officer Labans that Muratalla should be examined by the Nurse, Correctional Officer Labans agreed. Muratalla was then offered an opportunity for a medical examination. Muratalla refused, shaking his head from side to side, and muttering in spanish.

D. SEAMONS, CORRECTIONAL OFFICER

DATE 5-24-07                                          GENERAL CHRONO

"ESTE PAPEL MELODIERON AHORA DIA-6-5-07"

Luis Muratalla

2-1

STATE OF CALIFORNIA  DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Muratalla Luis | [signature] | 7-12-07 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER / DATE SIGNED |
|  |  | J06678  7-12-07 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
| G. Gordon | [signature] | 7-12-07 |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

PELICAN BAY STATE PRISON
STAFF COMPLAINT AND USE OF FORCE
TRACKING WORKSHEET

Inmate Name: MURATALLA        CDC #: J06678

Appeal Log #: P07-01362       Category/Issue: 7/4

Date Received in Appeals Office:        JUN 11 2007

Date Forwarded to Hiring Authority for Determination:   6-13-07

Date Appeal Inquiry Ordered:   6-14-07

Date Received by Appeals Coordinator for Assignment:   6-15-07

Assigned Unit (APPEALS ONLY):   AW-HCO

Appeal Due Date: 7-31-07        Date Completed: 7/25/07

Assigned Unit (FACT FINDER ONLY):   n/a

Fact Finder Due Date: —        Date Completed: ╪ 6/4

Date Assigned to Internal Affairs:   n/a

Comments:

C/O SEAMONS: ALLEGATION THAT HE PROVIDED FALSE TESTIMONY. (128-B 5-24-07). THIS IS A SEPARATE ALLEGATION, BUT IS RELATED TO PRIOR EXCESSIVE FORCE / NO MEDICAL APPEAL FF # FF-07-0027 IR LOG # PBP-B05-07-05-0816

Revised 03/07

State of California

# Memorandum

Date : 6/13/07

To : F. Jacquez
Chief Deputy Warden

From : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : STAFF COMPLAINT REVIEW

The attached appeal from inmate Muratalla-Lua, CDCR# J06678, dated 6-10-07, reflects a complaint against Pelican Bay State Prison staff and, pursuant to a recent directive from the CDCR Central Office, is forwarded for your review and category determination prior to acceptance into the appeal process.

The complaint is regarding IR number PBP-B05-07-05-0816.

_____
Appeals Coordinator

☐ Appeal was received past 15 day appeal time limit.
  ☐ Reject due to untimeliness with no investigation.
  ☐ Reject due to untimeliness, assign review outside Appeal Process.

☒ Staff Complaint Appeals Process.

☐ Process as regular 602.

☐ Fact-Finding Investigation ordered. The issues contained in the appeal have been reviewed and the case has been referred to _____ for a fact-finding investigation. A copy of the completed fact-finding is to be forwarded to the Inmate Appeals Office to be filed with the appeal.

☐ Refer to Internal Affairs for Review/Investigation.

_____          6/14/07
Hiring Authority                 Date

*Complete this section only if appeal was returned due to failure to cooperate by Inmate.

Returned to Appeals on _____ Submitted to CDW on _____

On this date I have determined the Inquiry should be: ☐ Cancelled.   ☐ Completed.

_____          _____
Hiring Authority                 Date

Attachment

FIRST LEVEL APPEAL RESPONSE

DATE: July 12, 2007

RE: PELICAN BAY STATE PRISON
Appeal Log# P-07-01362
First Level Reviewers Response

Inmate: MURATALLA-LUA, CDC# J06678, B2-232

**APPEAL DECISION:** DENIED

**APPEAL ISSUE:**
You state that on June 5, 2007 you received a CDCR 128B written by Correctional Officer D. Seamons. The 128B is dated May 24, 2007 and concerns an escort incident that involved you and Officer Labans on April 19, 2007. The 128B is pertinent to the incident and you are contesting it was not given to you until almost two months after the occurrence. You are alleging that Officer Seamons is lying and conspiring with Officer Labans as a reprisal for the incident April 19, 2007.

**ACTION REQUESTED**
You are requesting that Officer Seamons be tested with a Polygraph Machine to confirm he is lying and be reprimanded for falsifying documentation. You are requesting removal of the 128B from your records.

**FINDINGS:**
A review of your appeal has been completed. Your appeal has received careful consideration. On July 1, 2007 Correctional Sergeant G. Gordon was assigned as the First Level Reviewer to investigate your appeal.

In the event staff misconduct is sustained, the Institutions Administration will take the appropriate course of action. All staff personnel matters are confidential in nature and not privy to the inquiries of other staff, the general public, or the inmate population and will not be released to the inmate. Although the inmate has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeal process.

On July 12, 2007, at approximately 1045 hours, Sergeant Gordon interviewed you in the Psychiatric Services Unit Program Office. You informed Sergeant Gordon that you understand some English and were able to reiterate essentially the same information that is in your complaint. Sergeant Gordon also provided you with a State Certified, Spanish Speaking Interpreter. The Interpreter, T. Mandel, an employee of Pelican Bay State Prison, assisted you with the interview and read and explained to you the CDCR 1858 Rights and Responsibility Statement Form. You stated you understood the information and signed the CDCR 1858 Form. You had no further questions regarding the complaint and stated you comprehend the information and the interview.

On July 12, 2007 Sergeant Gordon interviewed Officer Seamons and reviewed all the documentation pertinent to this complaint.

Appeal Log# P-07-01362
Page 2

## DETERMINATION OF ISSUE

A thorough review of the request presented in this complaint has been completed. Based on the documentation and the interviews conducted, the action requested to resolve this appeal is **DENIED**. Additionally a determination has been made that the allegations against the employee are **NOT SUSTAINED**.

_____ 7/17/07
D. BRADBURY        Date
Facility Captain
Psychiatric Services Unit

_____ 7/20/2007
M. A. SMELOSKY     Date
Associate Warden
Health Care Operations

STATE OF CALIFORNIA  CITIZEN COMPLAINT  DEPARTMENT OF CORRECTIONS
LIABILITY DAMAGES  Allegator of

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  APPEAL COORDINATOR
1. HCCF
2. ___

Log No.
1. P07-01362
2. ___

Category (711)

PROVIDING FALSE TESTIMONY

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MURATALLA LUIS LUA | J-06678 |  | B-2-232 |

A. Describe Problem: EL MES 6-5-07- ME YESO A MIS MANOS ESTE CDC 128-B FBLANDO DEL INSIDENTE DEL 4-19-07, ASE (2) MESES ATRAS. POR LO TANTO SE PUEDE MIRAR PERFECTAMENTE QUE C/O D. SEAMONS, Y C/C ABANS, SE PUSIERON DE ACUERDO, Y ESTAN MINTIENDO Y TOMANDO REPRISALS "ENCONTRA MIA". Y ESO ME ESTA "AFECTANDO" EMOSIONAL, Y MENTALMENTE Y SICOLOGICA MENTE. Y ME ESTAN ASIENDO MUCHO DAÑO, EN M. MENTE, TODOS ESOS FAISAS ACCSATORIOS. ESE CDC 128-B NO SIRVE PORQ. ESO YA ASE (2) MESES QUE PASO. PORQUE NO DIJO NADA EN EL PRIMER MES?

If you need more space, attach one additional sheet.

B. Action Requested: PIDO QUE AL C/O D. SEAMONS SELE AGA UN POLYGRAPH, Y AS 2DOS SEPAN QUE C/O D. SEAMONS ESTA MINTIENDO. PIDO QUE EL CDC 128-B O QUITEN DE MI RECOR. PIDO QUE AL C/O D. SEAMONS LO REPRIMANED POR SER FALSE REPORTS FILED BY PEACE OFFICER C/O D. SEAMON. PENAL CODE 118.1, PENAL COD. 129.

Inmate/Parolee Signature: _Muratalla Luis Lua_  Date Submitted: 6-10-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

RECEIVED OCT -3 2007 INMATE APPEALS BRANCH

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____  Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

AUG 13 2007 TRANSMITTER SECTION F
AUG 15 2007 2ND APPEALS
CDC Appeal Number: _____

JUN 11 2007 TO TRANSLATOR
JUN 11 2007 TO CDW
JUN 18 ____ 1ST/ALD-HCC
ac

First Level   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 6-18-07   Due Date: 7-31-07

Interviewed by: _See Attached A9 6_

Staff Signature: _G. Gordon_   Title: SC   Date Completed: 7-120
Division Head Approved
Signature: _____   Title: AW   Returned Date to Inmate: 8-6-07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

SIGO ALEGANDO QE ESTE CDC 128 ME LO DIERON DOS MESES DESPUES, YA NO SIRVE EL CDC 128 Y TODO LOQUE DISE C/Oº SEAMON, ES PURAS MENTIRAS, Y TODAS ESAS MENTIRAS DE C/O SEAMON, " ME ESTAN DAÑANDO MENTALMENTE, Y ME ESTAN ASIENDO DAÑO MENTALMENTE Y SICOLOGICAMENTE.

Signature: _____   Date Submitted: 8-12-2007

Second Level   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other 8-15-07

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 8-15-07   Due Date: 9-13-07
☒ See Attached Letter

Signature: _B. Lamples, CCII_   Date Completed: 8-30-07
Warden/Superintendent Signature: _____   Date Returned to Inmate: 9-17-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

YO SIGO ALEGANDO QUE ESTE CDC 128, NO TENIAN PORQUE DARMELO N MUCHO MENOS DOS MESES DESPUES, DE LA FECHA ORIGINAL. Y SIGO PIDIENDO. QUE ESTE CDC 128 MELO QUITEN DE MI RECORD, Y PIDO QUE REPRENDAN AL C/O. SEAMON POR PONERSE DE ACUERDO CON C/O LAVANS PARA LEVANTAR FALSOS TESTIMONIOS. THANK YOU.

Signature: _____   Date Submitted: 9-23-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____
☒ See Attached Letter   Date: DEC 24 2007

CDC 602 (12/87)



## PELICAN BAY STATE PRISON
### SECOND LEVEL REVIEW

DATE: SEP 11 2007

Inmate MURATALLA-LUA, J-06678
Pelican Bay State Prison
Facility B, Psychiatric Services Unit
Building 2, Cell 220

RE: WARDEN'S LEVEL DECISION                APPEAL: DENIED
    APPEAL LOG NO. PBSP-P-07-01362          ISSUE: STAFF COMPLAINTS

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). Correctional Sergeant G. Gordon interviewed the inmate on July 12, 2007, at the First Level of Appeal Review.

### ISSUES

Inmate Muratalla-Lua requests Correctional Officer D. Seamons be required to take a polygraph examination to establish that he provided false information on a CDC 128-B, general chrono dated May 24, 2007. He further requests the chrono be removed from his Central File and adverse action be taken against Officer D. Seamons.

### FINDINGS

I

The inmate claims he did not receive a copy of the general chrono until June 5, 2007, although it concerned an incident that occurred on April 19, 2007. He claims the delay is evidence that Correctional Officers D. Seamons and G. Labans are conspiring against him as a form of retaliation.

II

The First Level Reviewer interviewed the inmate and staff concerning the allegations. The reviewer completed a report concerning the allegations, the results of the investigation, and an explanation of how the conclusion was reached.

### DETERMINATION OF ISSUE

All submitted documentation and supporting arguments have been considered. Additionally, a thorough review has been conducted into the claims presented by the inmate and evaluated in accordance with PBSP's institutional procedures and departmental policies.

Based upon a review of the completed report, the finding of these allegations is NOT SUSTAINED; therefore, the APPEAL IS DENIED.

Supplement Page 2
MURATALLA-LUA, J-06678
Appeal # PBSP-P-07-01362

## MODIFICATION ORDER

No modification of this action or decision is required.

ROBERT A. HOREL
Warden

BDS #63 8-30-07