EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN, State Bar No. 219400
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
  Fax: (415) 703-5843
  Email: Emily.Brinkman@doj.ca.gov
Attorneys for Defendant Labans and Freeman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LUIS MURATALLA-LUA,**<br><br>                          Plaintiff,<br><br>v.<br><br>**Correctional Officer LABANS and Correctional Officer FREEMEN,**<br><br>                        Defendants. | C 07-5088 WHA<br><br>**DECLARATION OF WILLIAM BARLOW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, William Barlow, declare as follows:

    1. I am employed by the California Department of Corrections and Rehabilitation (CDCR). I have been employed by CDCR for twenty-one years. Currently, I serve as the litigation coordinator at Pelican Bay State Prison (Pelican Bay). I have served in this capacity since approximately April 2006.

    2. I have personal knowledge of the facts set forth below, and, if called upon as a witness, could and would so testify. I submit this declaration in Support of Defendant's Motion to Dismiss.

    3. As Litigation Coordinator I have access to records maintained on inmates in the

Decl. Barlow Supp. Mot. Dismiss                                                      *Muratella-Lua v. Laban, et al.*
                                                                                                           C 07-5088 WHA

1

1  custody of the CDCR and housed at Pelican Bay. I routinely access inmates' Central Files and
2  duplicate or supervise duplication of various documents from these files. The documents
3  mentioned in this declaration are prepared at or near the time of events describes in them by
4  persons with knowledge of the events. Attached as Exhibit A is the Declaration of the Custodian
5  of Records, Lawanda Jaramillo.

6      4.    The documents attached as Exhibit B are true and correct copies of inmate rule
7  violation report, log number P07-04-0023, photocopied from Plaintiff's central file

8      I declare under penalty of perjury that the foregoing is true and correct to the best of my
9  knowledge.

10      Executed this 20th day of March 2008, at Crescent City, California.

William Barlow
Litigation Coordinator

Decl. Barlow Supp. Mot. Dismiss

*Muratella-Luu v. Laban et al*
C 07-5088 WHA