4-10-2008

My New Addreses is THIS

DAY    4-10-2008

**FILED**

Luis Muratalla
#J-06678-A-1-223
Pelican Bay State Prison
P.O. BOX-7000
Crescent City, CA.
95531-7000

APR 1 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

U.S.A