IN The United States District Court for the Northern District of California San Francisco Divison

Plantiff
Luis Muratalla-Lua

Defendants
correctional officer's
C/o LABows and C/o Freeman

Motion for Appointment of Counsel

C-07-5088 WHA (PR)

Pursuant to 28 U.S.C § 1915(e)(1) I Luis Muratalla-Lua move for an order appointing counsel to represent me in this case in support of this motion I state the following

#1. I am unable to afford counsel I am requesting leave to proceed in forma pauperis

#2. My imprisonment will greatly limit my ability to litigate the issues involved I have limited access to the law library being I am housed in admistrative segregation and have limeted understanding of the english language since it is my second laungauge also I am a part of the E.O.P level of care in the C.D.C.R mental health delivery system and need as much help as I cann get understanding this stoff and the defendants lawyers have allready swamped me with paper work

#3. I am greatly limited on forms access to cross examination and freedom to access other inmates because of my custody level

#4. I have no access to internet or lawyer's guides or knowledge on how to find one

Where for I The plantiff IN The Above matter Request The court Appiont me counsel

Date 4-10-2008

Signatuer *Muratalla Luis*

Print Name MURATALLA LUIS-LUA

Address MURATALLA LUIS
#J-06678-A-1-223
PELICAN BAY STATE PRISON
P.O. BOX-7000
CRESCENT CITY, CA.
95531-7000

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, **Luis muRaTalla LUA**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit **A-1** Cell Number **223**, Crescent City, CA 95532-7500.

On the **4-10-2008** day of _____, I served the following (set forth the exact title of document[s] served): **motion foR AppointmenT of Counsel**

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

**US DistRicT couRthouse  SAN FRanCisco CA 94102
NOtheRn DisctRict of
California
CleRks office
450 Golden Gate Ave
16th flooR**

I declare under penalty of perjury that the foregoing is true and correct.

_Muratalla Luis_     **4-10-2008**
Inmate Signature     Date