Emily L. Brinkman, #1
455 Golden Gate Ave suite 11000
San francisco CA, 94102

Edmund G. Brown JR.
Attorney General of the State of California
Lawyers for Defendants
Labon's & Freeman

IN THE UNITED STATES DISTRICT COURT

For The Northern District of California
San Francisco Division

Correctional officers
Labon's And officer Freeman    Defendants

Luis Muratalla-Lua    Plantiff

C-07-5088 WHA "PR"

Plantiff's Response To motion To Dismiss & points of Authorities

To: Defendants
Labon's & freeman And Emily Brinkman Attorney of Record for The Defendants

Your motion to Dismiss This complaint Is moot In of Itself By your

own documents you affirm That I have Exhausted Administrative Remedies pg #4 of Defendants motion To Dismiss Line's "10" — "16"

furthermore The court may move To Summary Judgement findings Because The Defendants And There Lawyer failed To provide An Adequate Response To plantiff's Accusaitiles

## Memorandum of points And Authorities

The Defendants Allege That plantiff Luis muRatalla failed To Exhaust his Administrative Remedies PLRA, 42 USC § 1997e(a) By The Defendants own Admission The plantiff will Show Administrative Remedies (Retaining To This Issue Alone were Exhausted

## Issue Statement

The PLRA Requires Inmates To Exhaust Administrative Remedies. According To Title 15 C.D.C.R Rules & Regulations Exhaution of Remedies In Seeking Relief At The highest level possible wich Is

3" levels which is what was done

## Statement of Facts

On April 23, 2007 I Luis Muratalla filed an inmate grievance Log # PBSP-07-01057 I went to all the process that is required by C.D.C.R standards my appeal was finalized on Oct-4-2007 This is the only appeal that matters

## Arguments

I Luis Muratalla have exhausted my Administrative Remedies See "Curry v. Scott, 249 F.3d 493, 505 (6th Cir 2001) As an opposing party I should be given the benefit of the doubt if the matter can be interpeted in two different ways., In as such all though the defendant's say I did not not exhaust my Administrative Remedies It can be seen that way if you take in all

The Inmate Appeal's I have filed but in actuallity the only one that matter's is the one pretaining too the Defendant's % LaBon's c/o Freeman And that "God" Inmate gReviance was filed on 4-23-07 And finalized on 10-4-07 the other Appeal's for Dismissal of the "115" or alleged Allegations Against other officer's have No Bearing what so ever on this case you can't include them in the Argument if they do not pretain to this case.

To Argue that I failed to meet the Requirements set forth by the United States District Court by filing "1" one day sooner than I should have is a very Moot point I am seeking Relief for a great Injustice that has been done to me I went As far As I could within C.D.C.R. to try And Resolve this Issue And seek Justice for myself wich was Denied so I seek the

courts assistance in accomplishing this. "No" were in there request for dismissal do they deny the charges or ask for dismissal for lack of evidence they are asking the courts to side with them for "no" other reasons than a technicality wich I see as there is "no" technial wrongness I followed every rule that they set forth yet they would like to see me punished for seeking justice I would implore the courts to not allow this to happen what they have done is wrong they should pay for there mistakes as I have.

## CONCLUSION

The courts Dismiss there motion of the Defendants to Dismiss this case for failure to Exhaust Administ Remedies and to bound this matter to trial and to seek justice were it is Do not Allow C.D.C.R to win cause they think there smart

Pg # 6

Respectfully submitted

Signature _Muratalla..._

Date  4-10-08

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, **Luis muRaTalla 4**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit **A-1 223** Cell Number **223**, Crescent City, CA 95532-7500.

On the **4-10** day of **4-10-2008**, I served the following (set forth the exact title of document[s] served):

**Response of To Motion TO To Dismiss**

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

Emily BRinkman
455 Golden Gate Ave
Suite 11000 SAN fRanscisco
CA, 94102   Lawyer counsel
    for Defendants
    c/o Lopans & c/o freeman

Northern District of california
US District courthouse
Clerk's office
450 Golden Gate Ave 16th floor
SAN fRanscisco CA, 94102

I declare under penalty of perjury that the foregoing is true and correct:

_[signature]_    4-10-2008
Inmate Signature    Date

Luis MURATALLA
J-06678-A-1-223
PELICAN BAY STATE PRISON
P.O. BOX-7000
CRESCENT CITY, CA.
95531-7000

U.S.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



UNITED STATES POSTAGE
$ 00.75⁰
APR 14 2008
MAILED FROM ZIPCODE 95531
02 1M
0004217666
PITNEY BOWES

"LEGAL MAIL"
OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA.
94102
U.S.