5-6-08

ATTN:                                    FILED

Office of the court clerk    08 MAY -7 PM 4:01

My Name LUIS MURATALLA CDC# J-06678

I have A Matter Before The Court CASE # 07-5088 WHA "PR"
This Letter Is To Inform The court of my Impending Transfer on this date MAY-6-08 to CORCORAN state Penitentiary S.H.U Being As I will Be housed In A New Prison And A Segregated Enviorment I Ask The court To take this Into Account As per Time constraints And Anything pretaining to this matter I will Be filing AN "Amendment" To The Judges Motion To Dismiss or An Appeal But Being As I am Being transfered It May Take A month longer To Accomplish this goal Thank you for your time Sincerly

DAted 5-6-08 Signed LUIS MURATALLA

NOTE: también les pido al Jues que considere mi situasion, yo no se leer ingles, y no se escrivir ingles, y no se nada de las leyes. Pero lo que si se que a mi seme iso una grave injusticia, por en/irme y necesito atension medica. y nesesito por fabor que la corte me asigne a un abogado. gracias. Sinceramente Luis



Luis Muratalla #J-06678
Pelican Bay State Prison
D-1-223 AD-seg
P.O. Box 7500
Crescent City, CA 95532

LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102