"MOTION" P.G.#2

■... I'M MEXICANO NO ABLO EN INGLES, Y ESTOY ENFERMO MENTAL, Y ME SIENTO MUY ENFERMO, Y ASE UNOS DIAS SALY DE "ER" SUISAD CRISES — Y ME ENCUENTRO MUY ENFERMO,

POR ESTO LES IMPLORO Y LES RUEGO ~~SEÑOR JUES~~ SEÑOR CLERK'S. QUE TENGA COMPASION DE MI Y ME ASIGNE UN COUNSEL, POR FABOR YA QUE AMI SEME BIOLARON MIS DERECHOS INCONSTITIONALES LA #8 INMIENDA, U.S. LA 14 INMIENDA U.S. LA #2 SEGUNDA INMIENDA U.S.,, LA #1 INMIENDA U.S.

Y QUIERO SE AGA JUSTICIA Y NESESITO SU COMPASION ~~EN~~ Y ME ASIGNE UN ABOGADO PARA DESMOSTRAR MIS — DERECHOS SIVILES CONSTITUTIONALES DE UNITES STATES U.S.A.. "OR"

MURATALLA LUIS. NO. C07-5088 WHA (PR)

■...SI HUSTED, NO DESEA ALLUDARME LE RUEGO QUE — TENGA COMPASION Y LE ENVIE TODO TIPO DE LEGAL PAPER "TO MY COUNSEL" TO MY LEGAL COUNSEL A SU LUGAR A DONDE EL ASISTE Y ASISTERA A TODO TIPO DE LEGAL PAPER'S QUE CONSIERNAN A ESTE CASO MURATALLA LUIS V.S. CORRECTIONAL LABANS AND CORRECTIONAL OFFICER'S FREEMEN... Y AGO UNA MOTION PARA QUE ME DEN 30 DIAS MAS. PARA QUE MI COUNSEL FIJE TODO LEGAL MATERS. PLEASE SEND ALL LEGAL PAPER'S TO MY LEGAL COUNSEL "LEGAL ASISTANT" TO

DAVID LOSOYA
#B-92935-B-1-107
P.O. BOX-7000
CRESCENT CITY CA.
95532-7000

THANK YOU SINCERILY
LUIS MURATALLA.
[signature] THANK YO

PG #1

MOTION → 42 U.S.C § 1988

FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

# No. C07-5088 WHA (PR)

I, LUIS MURATALLA, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit A-1 Cell Number 223, Crescent City, CA 95532-7500.

On the ~~____~~ day of 7/1/08, I served the following (set forth the exact title of document[s] served):

motion for Appointment of COUNSEL + 42 U.S.C. § 1988 Send All My Legal Paper's to My Counsel "INMATE" DAVID LOSOYA" CDC# 98935. P.O.BOX. 7500-B-1-107 CRESCENT CITY, CAL. 95532-7500 TO MY LEGAL ASISTANT" THANK YOU. MY LEGAL COUNSEL!

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

US District courthouse SANFRANCISCO CA
Nothern Disctrict of California 94102
Clerk's office
450 Golden Gate Ave
16th floor

I declare under penalty of perjury that the foregoing is true and correct:

[signature] 7/1/08
Inmate Signature Date

SEE PG 2

Luis Muratalla
#J-06678-4-B-3L #9
P.O. Box-3481
Corcoran, CA.
93212

CORCORAN STATE PRISON

BAKERSFIELD CA 933
MOJAVE CA
02 JUL 2008 PM 4

"LET US DARE TO READ, THINK, SPEAK AND WRITE."

USA 41

41 USA

U.S. District Courthouse N.
N. District of California
Clerk Office
450 Golden Gate Ave
16th Floor
San Francisco, CA.
94102