EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN, State Bar No. 219400
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5742
  Fax:  (415) 703-5843
  Email:  Emily.Brinkman@doj.ca.gov
Attorneys for Defendants Labans and Freeman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS MURATALLA-LUA,<br><br>                        Plaintiff,<br><br>v.<br><br>Correctional Officer LABANS and Correctional Officer FREEMEN,<br><br>                        Defendants. | C 07-5088 WHA<br><br>**DEFENDANTS OPPOSITION TO PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL** |

## INTRODUCTION

    Plaintiff Luis Muratalla-Lua (Plaintiff) is an inmate incarcerated by the California Department of Corrections and Rehabiliation (CDCR) at California State Prison, Corcoran. Plaintiff was previously housed at Pelican Bay State Prison (Pelican Bay). Plaintiff has alleged violations of his Eighth Amendment right to be free from cruel and unusual punishment by Defendants Labans and Freeman during an escort to the law library at Pelican Bay in April 2007.

    Plaintiff has filed two motions requesting that he be appointed counsel because of his limited English speaking abilities as well as his limited access to law library and legal knowledge. Defendants oppose Plaintiff's request for appointment of Counsel. (Court Docket

Defs.' Opp'n Pl.'s Req. Appt. Counsel            *Muratella-Lua v. Laban, et al.*
                                                                                  C 07-5088 WHA

1

1 | Nos. 15 & 19.)

2 | **ARGUMENT**

3 | Plaintiff does not have a constitutional right to have counsel appointed to him in a 42 U.S.C.
4 | § 1983 action. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981); *Rand v. Rowland*, 113
5 | F.3d 1520, 1525 (9th Cir. 1997). This Court may only appoint counsel to assist an indigent
6 | plaintiff if it finds exceptional circumstances. 28 U.S.C. § 1915(e); *Aldabe v. Aldabe*, 616 F.2d
7 | 1089, 1093 (9th Cir. 1980). In determining whether exceptional circumstances exists, a court
8 | must evaluate that "likelihood of success on the merits" along with the plaintiff's ability to
9 | articulate his claims. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Rand*, 113
10 | F.3d at 1525.

11 | First, the Court must look at the likelihood that Plaintiff will succeed on the merits.
12 | Plaintiff has failed to set forth the likelihood of success on the merits of his case as required.
13 | Secondly, the Court must look at Plaintiff's ability to articulate his claims. It is apparent in
14 | reviewing the documents filed by Plaintiff that he has been able to file a complaint in English,
15 | comprehend the Court's initial screening order, and then file an Amended Complaint based upon
16 | the Court's order. Plaintiff was capable of setting forth sufficient claims that were recognized by
17 | the Court during screening. Furthermore, courts have made it clear that a Plaintiff's inability to
18 | read and write English does not constitute an exceptional circumstance requiring that an attorney
19 | be appointed. *Garces v. Degadeo*, No. 1:06-cv-01038-LJO-SMS PC, 2007 WL 1521078 at *1
20 | (E.D. Cal. 2007); *Portillo v. Khatri*, No. 06-2760 BTM (CAB), 2007 WL 3342997 at *1 (S.D.
21 | Cal. 2007).

22 | \\\
23 | \\\
24 | \\\
25 | \\\
26 | \\\
27 | \\\
28 | \\\

Defs.' Opp'n Pl.'s Req. Appt. Counsel                                   *Muratella-Lua v. Laban, et al.*
                                                                             C 07-5088 WHA

## CONCLUSION

Plaintiff has failed to set forth exceptional circumstances which would require this Court to appoint counsel. Therefore, Defendants respectfully request that this Court deny Plaintiff's Requests for Appointment of Counsel.

Dated: August 11, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

/s/ EMILY L. BRINKMAN

EMILY L. BRINKMAN
Deputy Attorney General
Attorneys for Defendants Labans and Freeman

20130340.wpd
SF2008400590

Defs.' Opp'n Pl.'s Req. Appt. Counsel                                    *Muratella-Lua v. Laban, et al.*
C 07-5088 WHA

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Muratella-Lua v. Laban, et al.**

Case No.:    **C 07-5088 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 15, 2008</u>, I served the attached

**DEFENDANTS OPPOSITION TO PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Luis Muratalla-Lua
J-06678
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532-7500
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 15, 2008**, at San Francisco, California.

| M. Xiang | _/s/_ |
|---|---|
| Declarant | Signature |