IN THE UNITED STATES
DISTRICT COURT OF FOR THE
NORTHERN DISTRICT OF CALIFORNIA   FILED
SAN FRANCISCO DIVISION.

08 SEP -5 AM 10: 52

LUIS MURATALLA-LUA,

V.

PELICAN BAY STATE PRISON
OFFICER LABANS and
OFFICER FREEMEN.
    DEFENDANTS.

MOTION FOR
APPOINTMEN OF
COUNCEL.

C-07-5088 WHA

PURSUANT AL- 28 U.S.C. §§ 1915(E)(1) PLANTIFF
PIDO UNA ORDEN PARA QUE SE ME ASIGNE UN ABOGADO
PARA QUE REPRESENTE MI CASO:

ESTOY PRESO Y NO TENGO DINERO PARA PAGARLE A UN
ABOGADO
PLAINTIFF IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY
TO LITIGATE. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX
AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION.
PLANTIFF HAS LIMITED ACCESS TO THE LAW LIBRARY AND
LIMITED KNOWLEDGE OF THE LAW. MONTGOMERY V. PINCHAK, 294
F.3D 492, 499 (3rd CIR. 2002):::
UN TRIAL EN ESTE CASO, COMO, USTEDES SAVEN, SE ENVUELVE
MUCHO CONFLICTO EN LOS TESTIMONIOS, Y UN ABOGADO
ES MEJOR PARA QUE ME REPRESENTE, Y REPRESENTE
EVIDENCIAS FISICAS COMO VIDEOS, Y EVIDENCIAS
SERCANAS ALA EXAMINASION DE TESTIGOS:::
PLAINTIFF YA EN VARIAS OCASIONES HE REPITIDO QUE
NO ENTIENDO NI ESCRIVO NI LEO "INGLES" Y NO
PUEDO PAGAR UN ABOGADO:::
CHARTON V. SUPERIOR COURT (1979)

#2

Les pido un abogado y ayga justicia en mi caso Hendricks V. Coughlin, 114 F.3D 390 (2D Cir. 1997).

Les pido un abogado y asi comprovar lo que he estado alegando, "que se me violaron mis derechos" y asi comprovar que Officer Labans end Officer Freemen actuaron under color of state law. Y nesesito un abogado porque no se leer ni escrivir ingles y no tengo aseso a la libretia, y no tengo conosimiento de material legal: nesesito un abogado para que me represente en mi caso, y sea yo protejido en mis derechos "Parham V. Johnson, 126 F.3D 454, 461 (3D Cir. 1997), a Mallard V.S U.S. District Court (1998) 490 U.S. 296 [109 S. CT. 1814; 104 L. ED. 2D 318] : IBID:

Tamibien "Plaintiff" quiero notificarles y aclarar que sufro de problemas mentales desde ase años, tengo physical mental disavility, "poreso no puedo cumplir con los conosimientos que otras personas tienen, devido a mi "basis of mental disability, phisical provlemas que tengo, "ADA" 42 U.S.C §§ 12101-12213. "ADA" Hecker V. Schwayzenegger.
"ADA" Armstrong V. Davis (9th Cir 2003) 318 F.3D 965 etc....
Y devido a mi provlema physical, no deve aver provlemas con (PLRA) "ADA" Armstrong V. Davis (9th Cir 2003) 318 F.3D 965 etc... Hecker V. Schwayzenegger....

P.S
Look exibision (A)(B)(C) please thank you

PLAINTIFF ON "AGOSTO 17-2008" "MANDE" RESPUESTA TO MOTION TO TO DISMISS Y PUNTOS AUTORITADOS. "MAS" DOS LETTER'S. "DECLARATIONS" Y TODAVIA NO RESIVO CONTESTASION DE LOS "DEFENDANT"

PLAINTIFF ESTA EN DESACUERDO POR LA RAZON QUE SEME NEGO UN ABOGADO. USTEDES DISEN EN LA LINEA "11 Y 12" DISE ASI: FIRST, THE COURT MUST LOOK AT THE LIKELIHOOD THA PLAINTIFF WILL SUCEED ON THE MERITS. PLAINTIFF HAS FAILED TO SET FOTH THE LIKELIHOOD OF SUCCESS ON THE MERITS OF THIS CASE AS REQUIERED.

PRIMERO QUE NADA QUIERO ACLARAR QUE ~~MIRE~~ PORFABOR MIREN LA FORMA EN QUE YO YEVE MI CDC 602. DESDE EL PRIMER DIA SIEMPRE LO YEVE "EN" ESPAÑOL" Y PUEDEN MIRAR QUE LAS MOTION'S QUE LES HE MANDADO MELAS AN ESCRIVIDO OTROS INMAITE. Y CADA UNA ES DIFERENTE TIPO DE ESCRITURA CADA UNO CON SU FORMA DE ESCRIVIR. Y ATTACHED TO THIS ~~MOTION~~ MOTION ~~FOR~~ ARE. 3 COPIAS DEL TIPO DE ESCRIVIR DE CADA INMAITE QUE ME A ALLUDADO ASER LAS MOTTION'S. MIREN Y COMPAREN CADA TIPO DE ESCRIVIR PORFABOR. EL NUMERO DE CADA "EXIBISION" ESTA ATRAS DE LAS COPIAS. THANK YOU. PORFABOR ALLUDEME CON UN ABOGADO QUE ME ALLUDE A MOSTRAR LOS FISICO EVIDENCIAS COMO VIDEOS DEL DIA DEL INSIDENTE. EN P.B.S.P..

~~I~~ HAVE READ THE FOREGOING COMPLAINT AND I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IST RUE AND CORRECT EXECUTED AT ~~CORCORAN~~ CALIF. ON DATE 9/2/2008. MURATALLA LUIS J-06678

EXHIBIT A

FILED
OCT - 2
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

555
WHA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT 42 U.S.C §§ 1983

NAME ■ LUIZ       MURATALLA-LUA
     (LAST)       FIRST         INITIAL

PRISON NUMBER J-06678

INSTITUTIONAL ADDRESS PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LUIZ MURATALLA-LUA
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION.)

VS.

PELICAN BAY STATE PRISON.
CORRECTIONAL OFFICER
LABANS
CORRECTIONAL OFFICER
FREEMEN
(ENTER THE FULL NAME OF THE DEFENDANT(S) IN THIS ACTION)

C CASE NO. 07-5088 (PR) WHA
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

[NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE BEFORE YOUR CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.]

(A) PLACE OF PRESENT CONFINEMENT   P.S.U
(B) IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION?   YES(✓) NO( )
(C) DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE?   YES(✓) NO( )

(1

14

EXHIBISION "B"

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT "CRESCENT CITY, CALIF." ON DATE: 12-6-07

X _[signature]_

MURATALLA-LUA, J-06678

Emily L. BRINKMAN, State Bar
455 Golden Gate Ave suite 11000
SAN Francisco CA, 94102

EDmond G. BRown JR.
Attorney General of the state of california
Lawyer's for Defendants
LABan's & Freeman

IN THE United States District
Court
for The Nothern District of california
SAN fRancisco Dision

EXIBISION "C"

| Correctional officers | Defendants |
| LABan's And officer fReeman | |
| | |
| Luis MURaTalla — Lua plantiff | |

C-07-5088 WHA"

Plantiff's Respons
To motion TO
Dismiss
& points of
Authorities

To; Defendants
            LABan's & fReeman And Emily —
BRinkman    Attorney of Record for The
Defendants
       Your motion To Dismiss This complaint
Is moot IN of Itself By Your

LUIS MURATALLA
J-06678-4-B-32-009
P.O BOX-3481
CORCORAN, CA.
93212

U.S.A.

CORCORAN STATE PRISON



U.S. District Courthouse
Clerk' Office
450 Golden Gate Ave., 16TH Floor
San Francisco, CA. 94
94102





CORCORAN STATE PRISON

Hasler

$00.00
Mailed From 93212
07/16/2008
US POSTAGE