UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUIZ MURATALLA-LUA,

        Plaintiff,

  v.

PELICAN BAY STATE PRISON et al,

        Defendant.

Case Number: CV07-05088 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luiz Muratalla-Lua
J-06678
Corcoran State Prison
PO Box 3476
Corcoran, CA 93212

Dated: January 22, 2010

        Richard W. Wieking, Clerk
        By: D. Toland, Deputy Clerk